Nov. Term,
1856.

POWELL
v.
GRIMES.
Monday,
December 1.

---

POWELL *v.* GRIMES and Another.

ERROR to the *Switzerland* Circuit Court.

*Per Curiam.*—Suit upon a note. Defenses, fraud, want and failure of consideration. Trial. Verdict for plaintiff. New trial granted. Verdict and judgment for defendants. Instructions given on second trial were not excepted to. The case is here upon an alleged error in granting a new trial, and upon the weight of evidence on the second trial.

This Court would very reluctantly set aside the granting of a new trial. Perhaps a case might occur in which it would do it; but where the Court below conducting the trial, is not satisfied with its fairness, we

should be slow to differ with it. We cannot in this case.

On the weight of evidence, the judgment on the second trial must be affirmed with costs.

*A. Brower*, for the plaintiff.

*J. Sullivan*, for the defendants.